## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| NINA G. ATKINSON, MENDEL B. MILLER, MINDY R. HANSEN, MERRIS B. MILLER, and MARCY R. WOITA, | ) ) ) ) |
| Defendants. | ) ) |

8:09CV22

ORDER

This matter is before the court on the Interpleader Plaintiff, Minnesota Life Insurance Company's response to the Court's order to show cause (Filing No. 19). The response satisfies the Court's order to show cause.

**IT IS SO ORDERED.**

DATED this 12th day of March, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge