UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MINNESOTA LIFE INSURANCE CO., | ) | CASE NO. 8:09CV22 |
| 400 North Robert Street | ) | |
| St. Paul, Minnesota 55101, | ) | |
| | ) | |
| Interpleader Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| NINA G. ATKINSON, MENDEL B. | ) | |
| MILLER, MINDY R. HANSEN, MERRIS | ) | |
| B. MILLER and MARCY R. WOITA, | ) | |
| | ) | |
| Defendants. | ) | |

Now on this 21st day of October, 2009, this matter came before the Court on the parties' Stipulation for Dismissal With Prejudice, and the Court, being duly advised in the premises, finds and orders that the Stipulation for Dismissal With Prejudice should be, and the same is hereby, sustained.

Further, the Court finds that the defendants Mendel B. Miller, Mindy R. Hansen, Merris B. Miller and Marcy R. Woita Crossclaim against defendant Nina Atkinson is dismissed, with prejudice, to the filing of a new action.

Further, the Court finds that the Crossclaim of Nina Atkinson, against defendants Mendel B. Miller, Mindy R. Hansen, Merris B. Miller and Marcy R. Woita is dismissed, with prejudice, to the filing of a new action.

Each party to pay their own cost.

BY THE COURT:

s/ Joseph F. Bataillon
UNITED STATES DISTRICT JUDGE