UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MINNESOTA LIFE INSURANCE CO.,<br>400 North Robert Street<br>St. Paul, Minnesota 55101, | )<br>)<br>)<br>) | CASE NO. 8:09CV22 |
| Interpleader Plaintiff, | )<br>) | |
| vs. | )<br>) | ORDER |
| NINA G. ATKINSON, MENDEL B.<br>MILLER, MINDY R. HANSEN, MERRIS<br>B. MILLER and MARCY R. WOITA, | )<br>)<br>)<br>) | |
| Defendants. | ) | |

Now on this 21ST day of October, 2009, the above-captioned matter came on for consideration of the Unopposed Motion for Distribution of Interpleader Proceeds Pursuant to Settlement filed by counsel for defendants, Mendel B. Miller, Mindy R. Hansen, Merris B. Miller and Marcy R. Woita. The parties waived their appearance.

The Court, being duly advised in the premises, finds that the Unopposed Motion for Distribution of Interpleader Proceeds Pursuant to Settlement should be sustained and the Clerk of the United States District Court for the District of Nebraska shall distribute the funds currently on deposit with the Clerk of the United States District Court for the District of Nebraska in the following manner:

1. $39,000.00 to Nina Atkinson; and

2. The remainder of said funds on deposit, including any accrued interest, to Mendel B. Miller, Mindy R. Hansen, Merris B. Miller and Marcy R. Woita.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the Unopposed Motion for Distribution of Interpleader Proceeds Pursuant to Settlement should be, and the same is hereby, sustained and the Clerk of the United States District Court for the District of Nebraska shall distribute the funds currently on deposit with the Clerk of the United States District Court for the District of Nebraska in the following manner:

1. $39,000.00 to Nina Atkinson; and

2. The remainder of said funds on deposit, including any accrued interest, to Mendel B. Miller, Mindy R. Hansen, Merris B. Miller and Marcy R. Woita.

BY THE COURT:

s/ Joseph F. Bataillon
UNITED STATES DISTRICT JUDGE