UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MINNESOTA LIFE INSURANCE CO.,<br>400 North Robert Street<br>St. Paul, Minnesota 55101,<br><br>    Interpleader Plaintiff,<br><br>vs.<br><br>NINA G. ATKINSON, MENDEL B. MILLER, MINDY R. HANSEN, MERRIS B. MILLER and MARCY R. WOITA,<br><br>    Defendants. | CASE NO. 8:09CV22<br><br><br>ORDER |

Now on this 26th day of October, 2009, the above-captioned matter came on for consideration before the Court for further direction as to the disbursement of the funds on deposit with the Clerk of the United States District Court for the District of Nebraska. There were no appearances.

The Court, being duly advised in the premises, finds from the Stipulation of the parties on file (Filing No. 46) that the funds to be paid to Mendel B. Miller, Mindy R. Hansen, Merris B. Miller and Marcy R. Woita shall be paid by the Clerk by way of a check or draft issued by the Clerk with the payee to be "Fitzgerald, Vetter & Temple Trust Account".

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the funds to be paid to Mendel B. Miller, Mindy R. Hansen, Merris B. Miller and Marcy R. Woita shall be paid by the Clerk by way of a check or draft issued by the Clerk with the payee to be "Fitzgerald, Vetter & Temple Trust Account".

DATED: October 26, 2009.

BY THE COURT:


s/ Joseph F. Bataillon
UNITED STATES DISTRICT JUDGE